**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   NO. 4:09CR00172-01 GTE | |
| TYRELL McKENZIE | DEFENDANT |

**SUPPLEMENTAL JUDGMENT**

Pending before the Court is the Motion of the Government to Amend the Restitution ordered in the Judgment entered on March 4, 2010.  An amendment is sought to correct the following item: Restitution to Lake Liquor Store, 20710 Highway 365 North, Maumelle, Arkansas 72113 should be $163.59 instead of $169.59.  Therefore, the total restitution amount would be $58,527.11 instead of $58,533.11.

IT IS THEREFORE ORDERED, that the Motion to Amend the Restitution, be and it is hereby, GRANTED and the restitution amount is amended to show $163.59 owed to Lake Liquor Store, 20710 Highway 365 North, Maumelle, Arkansas 72113.  The total restitution amount is $58,527.11.

Dated this 24th day of February, 2011.

_____/s/ Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE