AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
         Sheet 1

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 30 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Tyrell McKenzie | |

Case No.   4:09-cr-172-DPM-1
USM No.   25532009

Molly K. Sullivan
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   Standard 2, 5, 6 & 11;   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations: general; and special.

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard (2) | Failure to report | 09/25/2013 |
| Standard (2) | Failure to submit monthly supervision reports | 08/01/2013 |
| Standard (5) | Failure to obtain employment | 10/17/2013 |
| Standard (6) | Failure to inform probation of change in residence | 08/21/2013 |

      The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

      It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __0674__

Defendant's Year of Birth: __1983__

City and State of Defendant's Residence:
Marion, AR

09/29/2014
Date of Imposition of Judgment

_/s/ D.P. Marshall Jr._
Signature of Judge

D.P. Marshall Jr.       U.S. District Judge
Name and Title of Judge

30 September 2014
Date

AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page __2__ of __6__

DEFENDANT: Tyrell McKenzie
CASE NUMBER: 4:09-cr-172-DPM-1

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| General | Committed state crime | 09/02/2013 |
| General | Committed federal crime. | 01/08/2014 |
| Standard (11) | Failure to inform probation officer of arrest. | 09/02/2013 |
| Special | Failure to make restitution payments. | 12/01/2013 |

Judgment — Page __3__ of __6__

DEFENDANT: Tyrell McKenzie
CASE NUMBER: 4:09-cr-172-DPM-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of:

Twenty-four months to run consecutively with the twelve-month term of imprisonment imposed in United States v. McKenzie, No. 4:14-cr-6-DPM-1.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that McKenzie participate in mental-health counseling, vocational programs, and educational training. The Court further recommends designation to FCI El Reno or another institution with a program in the culinary arts.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
Case 4:09-cr-00172-DPM   Document 78   Filed 09/30/14   Page 4 of 10
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 4 of 6

DEFENDANT: Tyrell McKenzie
CASE NUMBER: 4:09-cr-172-DPM-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution**** |
|---|---|---|---|
| **TOTALS** | $ 0.00 | $ 0.00 | $ 58,527.11 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☑ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee**\*** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☑ the interest requirement is waived for the   ☐ fine   ☑ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

---

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.
\*\* For an explanation of this figure, see the Additional Terms for Criminal Monetary Penalties page.
\*\*\* See attached chart

DEFENDANT: Tyrell McKenzie
CASE NUMBER: 4:09-cr-172-DPM-1

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

The Court reimposes restitution in the amount of $58,527.11, the original restitution amount, less what's already been paid. McKenzie's outstanding restitution liability is $49,386.11, which is his original obligation less what has been collected, though not necessarily distributed to McKenzie's victims.

AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 6 — Schedule of Payments

Judgment — Page 6 of 6

DEFENDANT: Tyrell McKenzie
CASE NUMBER: 4:09-cr-172-DPM-1

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

  ☐ not later than _____ , or
  ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below); or

B ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

F ☒ Special instructions regarding the payment of criminal monetary penalties:

During incarceration, McKenzie will pay 50 percent per month of all funds available to him. Thereafter, he shall pay 10 percent of his gross monthly income.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and corresponding payee, if appropriate.

For payees indicated in the attached chart, restitution is joint and several with any other person who has been or will be convicted of an offense for which the restitution is to the same victim on the same loss. The other restitution obligations are McKenzie's alone.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

| Payee | Individual Liability | Joint & Several Liability | Priority or Percentage |
|---|---|---|---|
| American Eye Care<br>11401 Financial Centre Pkwy.<br>Suite 102<br>Little Rock, AR 72211 | $0.00 | $110.00 | pro rata |
| Bank of America<br>Attn: Nancy Hollis<br>P.O. BOX 1681<br>LITTLE ROCK, AR 72203 | $0.00 | $1,428.54 | pro rata |
| Eggroll Express<br>3416 Camp Robinson<br>North Little Rock, AR 72118 | $0.00 | $35.39 | pro rata |
| Exxon Mart, Inc.<br>3800 Camp Robinson Rd.<br>North Little Rock, AR 72118 | $973.54 | $262.77 | pro rata |
| Centennial Bank<br>Attn: Tommy Abrams<br>P.O. Box 966<br>Conway, AR 72033 | $2,857.13 | $262.77 | pro rata |
| Flash Market #170<br>8701 Maumelle Blvd.<br>Maumelle, AR 72113 | $0.00 | $30.00 | pro rata |
| Fourjay, LLC, c/o the Corporation Co.<br>124 W. Capitol Ave. Suite 900<br>Little Rock, AR 72201 | $0.00 | $40.07 | pro rata |
| Kroger | $66.85 | $0.00 | pro rata |
| Lake Liquor<br>20710 Hwy 365 North<br>Maumelle, AR 72113 | $163.59 | $0.00 | pro rata |

| | | | |
|---|---|---|---|
| Metropolitan National Bank<br>Attn: Mike Shepard<br>425 W. Capitol Ave<br>Little Rock, AR 72201 | $1,162.28 | $1,214.12 | pro rata |
| O'Reilly Autoparts<br>8755 Sheltie Dr.<br>Maumelle, AR 72113 | $0.00 | $40.48 | pro rata |
| Phillips 66<br>8524 Hwy 107<br>Sherwood, AR 72120 | $62.04 | $543.24 | pro rata |
| Pizza Hut #1380<br>4704 Camp Robinson Rd.<br>North Little Rock, AR 72118 | $0.00 | $88.67 | pro rata |
| Popeyes<br>1037 Lantrip Rd.<br>Sherwood, AR 72120 | $0.00 | $100.62 | pro rata |
| Regions Bank<br>Attn: Lisa Nesbitt<br>400 W. Capitol Ave<br>Little Rock, AR 72201 | $9,212.72 | $11,028.33 | pro rata |
| Shell<br>1200 S. Shackleford Rd.<br>Little Rock, AR 72211 | $90.00 | $73.81 | pro rata |
| Subway<br>3900 Camp Robinson Rd.<br>North Little Rock, AR 72118 | $0.00 | $27.99 | pro rata |
| Success Vision Express<br>11401 Financial Centre Pkwy,<br>Suite 104B<br>Little Rock, AR 72211 | $0.00 | $577.28 | pro rata |

2

| | | | |
|---|---|---|---|
| Wal-Mart Stores<br>P.O. Box 504765<br>St. Louis, MO 63150-4765 | $16,653.13 | $603.42 | pro rata |
| Wendy's<br>311 Oak St.<br>Conway, AR 72032 | $0.00 | $47.66 | pro rata |
| Red Lobster<br>3707 Mcain Blvd.<br>North Little Rock, AR 72116 | $0.00 | $200.00 | pro rata |
| K-Mart<br>3933 Hwy 89, #1 KMart Plaza<br>Cabot, AR 72023 | $0.00 | $1,418.95 | pro rata |
| America's Cash Express Center<br>1100 East Roosevelt Rd.<br>Little Rock, AR 72206 | $2,437.17 | $0.00 | pro rata |
| Radio Shack<br>3929 McCain Blvd.<br>North Little Rock, AR 72116 | $24.85 | $0.00 | pro rata |
| U.S. Bank Nat'l Association<br>Attn: Corporate Security Payments<br>P.O. Box 650<br>Milwaukee, WI 53279-0650 | $1,794.07 | $0.00 | pro rata |
| Certegy Check Services<br>11601 Roosevelt Blvd.<br>St. Petersburg, FL 33716 | $1,396.74 | $0.00 | pro rata |
| First Arkansas Bank & Trust<br>600 W. Main<br>Jacksonville, AR 72076 | $607.06 | $0.00 | pro rata |

|  |  |  |  |
|---|---|---|---|
| Pep Boys<br>4228 E. McCain Blvd.<br>North Little Rock, AR 72117 | $359.95 | $0.00 | pro rata |
| Fred's #1215<br>207 S. Second<br>Cabot, AR 72023 | $73.06 | $0.00 | pro rata |
| Sam's Club #8104<br>900 S. Bowman Rd.<br>Little Rock, AR 72211 | $1,161.53 | $0.00 | pro rata |
| Office Depot<br>4000 McCain Blvd.<br>North Little Rock, AR 72116 | $26.99 | $0.00 | pro rata |
| D&J Mini Mart<br>1802 Main<br>North Little Rock, AR 72114 | $514.29 | $0.00 | pro rata |
| Nick's Super Stop<br>7400 Cantrell Rd.<br>Little Rock, AR 72207 | $175.00 | $0.00 | pro rata |
| Wyndham Hotel<br>2 Riverfront Place<br>North Little Rock, AR 72114 | $304.95 | $0.00 | pro rata |
| Finish Line<br>3929 McCain Blvd.<br>North Little Rock, AR 72116 | $276.06 | $0.00 | pro rata |
| **Total** | $40,162.56 | $18,364.55 | |

**Grand Total: $58,527.11**